# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JULIE CHRISTINE GOLDBERG,

      Plaintiff,

  vs.                                  CIV. NO. 1:18-cv-00909-SMV

NANCY A. BERRYHILL,
**Acting Commissioner of
Social Security,**

      **Defendant.**

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

DATED this 12th day of March 2019.

                                                        _____
                                                        STEPHAN M. VIDMAR
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Respectfully submitted,


By:   /s/ Jennifer A. Randall
JENNIFER A. RANDALL
Special Assistant United States Attorney
Attorney for Defendant

By:   /s/ Karl E. Osterhout
KARL E. OSTERHOUT
Attorney for Plaintiff