**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JULIE CHRISTINE GOLDBERG,

    Plaintiff,

v.                                                       C. A. No.: 1:18-cv-00909-SMV

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## STIPULATED ORDER

And now this __20th__ day of __June__, it is hereby ORDERED that Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (CM/ECF docket document number 26) is GRANTED and an award of $7,300.00 in attorney fees under the Equal Access to Justice Act, is to be paid to Plaintiff and sent to Plaintiff's counsel.

                                                                   United States Magistrate Judge

Respectfully submitted:

*/s/Karl E. Osterhout*
KARL E. OSTERHOUT, ESQ.
Attorney for Plaintiff

*/s/ Jennifer A. Randall\**
JENNIFER A. RANDALL
Special Assistant United States Attorney
Attorney for Defendant
(*Permission to use electronic signature
obtained via email dated 6/20/19)